U. S. FIDELITY & GUARANTY COMPANY V. RIVERSIDE CLAREMONT RESTAURANT CORP. U. S. FIDELITY & GUARANTY COMPANY V. COURT SQUARE RESTAURANT CORPORATION. U. S. FIDELITY & GUARANTY COMPANY V. ORCHARD BEACH CATERING CORP.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

ABRAHAM LISSAUER, Suing on Behalf of Himself and All Other Stockholders of INDUSTRIAL ACCEPTANCE CORPORATION Similarly Situated, in the Right and on Behalf of Said INDUSTRIAL ACCEPTANCE CORPORATION and for Its Benefit, v. VERE BROWN and Others, Impleaded with MORRIS PLAN CORPORATION OF AMERICA and Others.— Motion for an order granting a reargument of motion for leave to appeal to the Court of Appeals from orders of this court entered May 29, 1941, for extension of time to answer, or, in the alternative, for reargument of appeals from orders entered in the Supreme Court March 21, 1941, denied, with ten dollars costs, with leave to defendants-appellants to answer the complaint within five days after service of order upon payment of said costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of ANSCHEL E. BARSHAY, an Attorney.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## (October 4, 1941.)

In the Matter of the Application of HARRY RUBIN, Respondent, for an Order Directing S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, to Comply with Article 4, Section 74, of the Election Law, by Publishing in Two Newspapers Published in the County of Bronx, Representing the Republican Party, the List of Designated Places for Registration, Appellants.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

## (October 10, 1941.)

EDNA BENTON WAKE WYMAN and EDWARD R. BARTLETT, as Executors, etc., of EDWARD E. WYMAN, Deceased, Respondents, v. PAN AMERICAN AIRWAYS, INC., and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC LEON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PAULINE C. COSTER, Appellant, v. O. DELANCEY COSTER, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EMILIA CANNISTRACI, an Infant, by BARTOLO CANNISTRACI, Her Guardian ad Litem, and BARTOLO CANNISTRACI, Respondents, v. AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.